| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: |
| DISTRICT OF NEW JERSEY |
| Case number *(if known)* _____ Chapter **11** |

☐ Check if this an amended filing

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  
**Continental Electric Motors, Inc.**

**2. All other names debtor used in the last 8 years**  
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)  
**22-2530974**

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **125 Half Mile Road, Suite 200**<br>**Red Bank, NJ 07701**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Monmouth**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL)  
**http://www.cecoinc.com/**

**6. Type of debtor**  
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
☐ Partnership (excluding LLP)  
☐ Other. Specify: _____

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 1

Debtor **Continental Electric Motors, Inc.**  Case number (*if known*) _____
     Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

    **3621**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. Check **all** that apply:

   ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

Debtor **Continental Electric Motors, Inc.**     Case number (*if known*) _____
    Name

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | |
|---|---|---|
| Debtor _____ | | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

**11.** **Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.  Insurance agency _____
       Contact name _____
       Phone _____

---

**Statistical and administrative information**

**13.** **Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor **Continental Electric Motors, Inc.** Case number (*if known*)
Name

☐ $50,001 - $100,000  ☐ $10,000,001 - $50 million  ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000  ☐ $50,000,001 - $100 million  ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million  ☐ $100,000,001 - $500 million  ☐ More than $50 billion

Debtor **Continental Electric Motors, Inc.**   Case number (*if known*)
Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **May 20, 2024**
MM / DD / YYYY

X **/s/ Dave Merces**                                    **Dave Merces**
Signature of authorized representative of debtor         Printed name

Title **President**

**18. Signature of attorney**

X **/s/ Mark J. Politan**                                Date **May 20, 2024**
Signature of attorney for debtor                         MM / DD / YYYY

**Mark J. Politan**
Printed name

**Politan Law, LLC**
Firm name

**88 East Main Street, #502**
**Mendham, NJ 07945**
Number, Street, City, State & ZIP Code

Contact phone **973.768.6072**     Email address **mpolitan@politanlaw.com**

**036791998 NJ**
Bar number and State

Fill in this information to identify the case:
Debtor name | **Continental Electric Motors, Inc.**
United States Bankruptcy Court for the: **DISTRICT OF NEW JERSEY**
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Celeros Flow Technology** Attn: Mark R. Matthews 14045 Ballantyne Corporate Place Suite 300 Charlotte, NC 28277 | | **Trade debt** | | | | **$164,384.00** |
| **Dealers Electrical Supply Company** 2320 Columbus Avenue Waco, TX 76701 | | **Judgment** | **Disputed** | | | **$39,903.55** |
| **Division of Employer Accounts, NJDOL** P.O. Box 911 Trenton, NJ 08625 | | **Judgment** | **Disputed** | | | **$22,164.43** |
| **Eterfull Control Engineering Group (HK)** c/o KMA ZUCKERT LLC Jennifer Huang, Esq. 1350 Broadway, Suite 2410 New York, NY 10018 | | **Judgment** | **Disputed** | | | **$170,000.00** |
| **Flanders Electric Motor Service, Inc.** 8101 Baumgart Road Evansville, IN 47725 | | **Judgment** | **Disputed** | | | **$234,882.03** |

Debtor **Continental Electric Motors, Inc.**  Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Hanwha International, LLC c/o Choi & Park, LLC Hyun Suk Choi, Esq. 23 S. Warren Street, 2nd Floor Trenton, NJ 08608** | | **Trade debt** | **Disputed** | | | $111,112.50 |
| **Internal Revenue Service P.O. Box 7346 Philadelphia, PA 19101-7346** | | **Notice Purposes Only** | | | | $0.00 |
| **Marks & Klein LLC 331 Newman Springs Road Building 1, 4th Floor, Suite 143 Red Bank, NJ 07701** | | **Legal services** | | | | $5,630.00 |
| **Motion Industries, Inc. 1605 Alton Road Birmingham, AL 35210** | | **Judgment** | **Disputed** | | | $28,617.69 |
| **NGL Energy Partners LP 6120 South Yale Avenue Suite 805 Tulsa, OK 74136** | | **Judgment** | **Disputed** | | | $115,000.00 |
| **OGC Solutions Attn: Anthony Davis, Esq. 1 Gatehall Drive, Suite 100 Parsippany, NJ 07054** | | **Legal services** | | | | $20,038.85 |
| **State of New Jersey-Division of Taxation Compliance & Enforcement-Bankruptcy Unit 50 Barrack Street, 9th Floor P.O. Box 245 Trenton, NJ 08695** | | **Notice Purposes Only** | | | | $0.00 |

Debtor **Continental Electric Motors, Inc.**  Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **State of New Jersey-Division of Taxation Compliance & Enforcement-Bankruptcy Unit 50 Barrack Street, 9th Floor P.O. Box 245 Trenton, NJ 08695** | | **Judgment** | **Disputed** | | | $72,890.82 |
| **Sulzer Pumps (Canada) Inc. 4129 Lozells Avenue Burnaby, British Columbia CANADA V5A 2Z5** | | **Trade debt** | **Disputed** | | | $24,870.00 |
| **Tech-Flow, LLC 1104 North 1600 West Layton, UT 84041** | | **Judgment** | **Disputed** | | | $135,000.00 |
| **TFE Group, Inc. 1416 N Sam Houston Pkwy E #180 Houston, TX 77032** | | **Judgment** | **Disputed** | | | $23,131.10 |
| **Transworld Systems Incorporated Attn: Cynthia Perry P.O. Box 15630 Wilmington, DE 19850** | | **Trade debt** | | | | $18,484.65 |

# United States Bankruptcy Court
**District of New Jersey**

In re  **Continental Electric Motors, Inc.**                                   Case No.
                                    Debtor(s)                                   Chapter  **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **May 20, 2024**                    **/s/ Dave Merces**
                                            **Dave Merces**/**President**
                                            Signer/Title

Adam Tabak, Esq.
The Tabak Law Firm
13100 Worthman Center Drive, #325
Houston, TX 77065


Celeros Flow Technology
Attn: Mark R. Matthews
14045 Ballantyne Corporate Place
Suite 300
Charlotte, NC 28277


Chase Bank
270 Park Avenue
New York, NY 10017


Dealers Electrical Supply Company
2320 Columbus Avenue
Waco, TX 76701


Division of Employer Accounts, NJDOL
P.O. Box 911
Trenton, NJ 08625


Eterfull Control Engineering Group (HK)
c/o KMA ZUCKERT LLC
Jennifer Huang, Esq.
1350 Broadway, Suite 2410
New York, NY 10018


Flanders Electric Motor Service, Inc.
8101 Baumgart Road
Evansville, IN 47725


Hanwha International, LLC
c/o Choi & Park, LLC
Hyun Suk Choi, Esq.
23 S. Warren Street, 2nd Floor
Trenton, NJ 08608


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Isabelle A. Fabian, Esq.
Traflet & Fabian
Carriage Court Two
264 South Street
Morristown, NJ 07960


J. Michael Jones
Davis & Jones
2521 Brown Blvd.
Arlington, TX 76006


Jeffrey A. Balls, Esq.
Parr Brown Gee & Loveless
101 South 200 East
Suite 700
Salt Lake City, UT 84111


Joseph L. LoCastro, IV, Esq.
Wood, Smith, Henning & Berman, LLP
1760 Market Street, Suite 1001
Philadelphia, PA 19103


Marks & Klein LLC
331 Newman Springs Road
Building 1, 4th Floor, Suite 143
Red Bank, NJ 07701


Melissa A. Pena, Esq,
Norris McLaughlin, PA
400 Crossing Boulevard
8th Floor
Bridgewater, NJ 08807


Motion Industries, Inc.
1605 Alton Road
Birmingham, AL 35210


New Jersey Attorney General's Office
Division of Law
Richard J. Hughes Justice Complex
25 Market Street, P.O. Box 112
Trenton, NJ 08625-0112

```
New Jersey Department of Labor
Division of Employer Accounts
1 John Fitch Plaza
PO Box 379
Trenton, NJ 08611-0379


NGL Energy Partners LP
6120 South Yale Avenue
Suite 805
Tulsa, OK 74136


OGC Solutions
Attn: Anthony Davis, Esq.
1 Gatehall Drive, Suite 100
Parsippany, NJ 07054


Patrick Lehmberg
Davis & Jones, LLC
2521 Brown Blvd.
Arlington, TX 76006


Regus-Lincroft Office Center
125 Half Mile Road
Red Bank, NJ 07701


State of New Jersey-Division of Taxation
Compliance & Enforcement-Bankruptcy Unit
50 Barrack Street, 9th Floor
P.O. Box 245
Trenton, NJ 08695


Sulzer Pumps (Canada) Inc.
4129 Lozells Avenue
Burnaby, British Columbia
CANADA V5A 2Z5


Tech-Flow, LLC
1104 North 1600 West
Layton, UT 84041


TFE Group, Inc.
1416 N Sam Houston Pkwy E #180
Houston, TX 77032
```

Transworld Systems Incorporated
Attn: Cynthia Perry
P.O. Box 15630
Wilmington, DE 19850


United States Attorney General
Department of Justice
Ben Franklin Station
P.O. Box 683
Washington, DC 20044


US Attorney Office
970 Broad Street
Room 502
Rodino Federal Building
Newark, NJ 07102


Wells Fargo Bank
420 Montgomery Street
San Francisco, CA 94104


Yucheng Wang, Esq
KMA ZUCKERT LLC
200 W. Madison Street, 16th Floor
Chicago, IL 60606

# United States Bankruptcy Court
### District of New Jersey

In re  **Continental Electric Motors, Inc.**
Debtor(s)

Case No.
Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Continental Electric Motors, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **May 20, 2024** | **/s/ Mark J. Politan** |
| Date | **Mark J. Politan** |
| | Signature of Attorney or Litigant |
| | Counsel for  **Continental Electric Motors, Inc.** |
| | **Politan Law, LLC** |
| | **88 East Main Street, #502** |
| | **Mendham, NJ 07945** |
| | **973.768.6072** |
| | **mpolitan@politanlaw.com** |

# United States Bankruptcy Court
**District of New Jersey**

In re **Continental Electric Motors, Inc.**
Debtor(s)

Case No.
Chapter **11**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Dave Merces**, declare under penalty of perjury that I am the **President** of **Continental Electric Motors, Inc.**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the **17th** day of **May**, 20 **24**.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Dave Merces**, **President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Dave Merces**, **President** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Dave Merces**, **President** of this Corporation is authorized and directed to employ **Mark J. Politan**, attorney and the law firm of **Politan Law, LLC** to represent the corporation in such bankruptcy case."

Date **May 19, 2024**

Signed **/s/ Dave Merces**
**Dave Merces**

Resolution of Board of Directors
of
**Continental Electric Motors, Inc.**

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **11** of Title 11 of the United States Code;

Be It Therefore Resolved, that **Dave Merces**, **President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Dave Merces**, **President** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Dave Merces**, **President** of this Corporation is authorized and directed to employ **Mark J. Politan**, attorney and the law firm of **Politan Law, LLC** to represent the corporation in such bankruptcy case.

Date  **May 17, 2024**          Signed  **/s/ Dave Merces**